IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Weibel,<br><br>    Petitioner,<br><br>v.<br><br>Barbara Von Blanckensee,<br><br>    Respondent. | No. CV-20-00341-TUC-JAS<br><br>**ORDER** |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Ferraro that recommends that the Court deny and dismiss the Petition. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

    The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

    Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 19) is accepted and adopted.

(2) The Petition (Doc. 1) is denied and dismissed.

(3) The Clerk shall enter judgment and close the file in this case.

    Dated this 23rd day of November, 2021.

Honorable James A. Soto
United States District Judge